

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00460-CV

| | | |
|---|---|---|
| In the Interest of A.L., a Child | § | From the 233rd District Court |
| | § | of Tarrant County (233-614335-17) |
| | § | February 15, 2018 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _Elizabeth Kerr_____
Justice Elizabeth Kerr